Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Christopher Curtis Gessner |
| **Docket Number:** | 1:05CR00444-01 AWI |
| **Offender Address:** | Visalia, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | June 27, 2006 |
| **Original Offense:** | Counts 1, 2, and 3: 18 USC 2113(a), Credit Union and Bank Robbery (CLASS C FELONIES) |
| **Original Sentence:** | 84 months Bureau of Prisons; 36 months TSR; mandatory drug testing; $300 SA; $1,337.46 restitution. |
| **Special Conditions:** | 1) Search and seizure; 2) Shall not dissipate assets; 3) Provide financial requested information; 4) No new credit charges or additional lines of credit; 5) Participate in drug/alcohol treatment program; 6) Drug/alcohol testing; 7) Abstain from alcohol; 8) Co-payment; 9) DNA |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | November 29, 2011 |
| **Assistant U.S. Attorney:** | Dawrence W. Rice Jr.   **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Francine Zepeda   **Telephone:** (559) 487-5561 |
| **Other Court Action:** | |
| <u>**01/09/2010**</u>: | Probation form 12B, Petition to Modify The Conditions or Term of Supervision with Consent of the Offender, was filed with the Court to include participation in outpatient mental health treatment. |

RE: **CHRISTOPHER CURTIS GESSNER**
   Docket Number: 1:05CR00444-01 AWI
   <u>PETITION TO MODIFY THE CONDITIONS OR TERM
   OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

<u>**05/17/2012:**</u>   Probation Form 12A, Report of Offender Non-compliance, was filed with the court due to two positive (marijuana) urinalysis.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

**The defendant shall reside and participate in the Residential Reentry Center (RRC), Turning Point, in California, for a period up to 180 days; said placement shall commence at the direction of the probation officer, pursuant to 18 USC 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.**

**Justification:** The defendant is currently residing with his adult daughter in Visalia, California. However, the defendant's daughter requested that the defendant move out immediately. The defendant has no other family members he can reside with, and no steady source of income. Basically, the defendant is about to become homeless.

On July 11, 2012, the defendant signed Probation Form 49, Waiver of Hearing to Modify, agreeing to have his conditions of supervision modified to include up to 180 days at the Residential Reentry Center (RRC). While at the RRC, the defendant will be afforded stable residence and assistance with employment.

Therefore, it is respectfully recommended the Court approve this modification plan, which will allow the defendant to reside at the RRC while giving him an opportunity to secure employment and a residence.

2

Rev. 02/2012
VIOLATION__PETITION (PROB12B)
(MODIFICATION).WPD

RE: **CHRISTOPHER CURTIS GESSNER**
Docket Number: 1:05CR00444-01 AWI
**PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Should the Court have any questions, please contact the probation officer at (559) 799-2933.

Respectfully submitted,

/s/ Yasmin Villegas
**YASMIN VILLEGAS**
**United States Probation Officer**
Telephone: (559) 734-2933

DATED: July 11, 2012
Visalia, California
YV

REVIEWED BY: /s/Ben Blankenship
**BEN J. BLANKENSHIP**
**Senior United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** ) Modification approved as recommended.

( ) Modification not approved at this time. Probation Officer to contact Court.

( ) Other:

cc: United States Probation
Dawrence W. Rice, Jr., Assistant United States Attorney
Franzine Zepeda, Assistant Federal Defender
Court File

IT IS SO ORDERED.

Dated: July 12, 2012

CHIEF UNITED STATES DISTRICT JUDGE